No. 80–1221. RIGGS v. BOARD OF TRUSTEES OF THE OHIO STATE UNIVERSITY. C. A. 4th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 80–1269. GIDDENS v. GEORGIA. Ct. App. Ga. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 80–1222. JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE, TENTH JUDICIAL DISTRICT v. KOFFLER ET AL. Ct. App. N. Y. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 80–1234. SHAW v. UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT DALLAS. C. A. 5th Cir. Motion of petitioner for leave to proceed as a veteran granted. Certiorari denied.

No. 80–1235. MOODY v. FORRESSTER, COMMISSIONER OF INSURANCE OF ALABAMA, ET AL. C. A. 5th Cir. Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 80–6073. GROOMS v. SLABAUGH ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 80–5161. JOHNSON v. OKLAHOMA, 449 U. S. 1132; and

No. 80–5692. BOYD v. CITY AND COUNTY OF DENVER, COLORADO, ET AL., 449 U. S. 1089. Petitions for rehearing denied.